# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 12:05 pm, Jul 14, 2020

| | | |
|---|---|---|
| ULYSSES HENSEN, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-57 |
| v. | * | |
| SHERIFF E. NEAL JUMP; LIEUTENANT SHUMAN; and OFFICER KEEN, | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendant Jump. Plaintiff's claims against Defendants Shuman and Keen remain pending at this time. Dkt. No. 6.

SO ORDERED, this 14 day of July, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA