AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 4:52 pm, Aug 25, 2020

ULYSSES HENSEN,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:20-CV-57

MRS. SHUMAN; and MR. KEEN,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated August 17, 2020 the Magistrate Judge's Report and Recommendations is ADOPTED as the Order of the Court and Plaintiff's Complaint is DISMISSED without prejudice; judgment is hereby entered. Further, Plaintiff is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: August 18, 2020

John Triplett, Acting Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03